**Abatement Order filed November 18, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00640-CR
_____

## EX PARTE MICHAEL BRENT SEWELL, Appellant

---

### On Appeal from the 338th District Court
### Harris County, Texas
### Trial Court Cause No. 1457597

---

## ABATEMENT ORDER

Appellant timely appealed from the denial of his application for writ of habeas corpus. On July 29, 2015, the trial court clerk filed the clerk's record, which did not contain a certification of appellant's right to appeal. *See* Tex. R. App. P. 25.2(a)(2), 34.5(a)(12); *see also Dears v. State*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005) ("The court of appeals must dismiss an appeal if a certification showing that the defendant has the right to appeal is not made a part of the appellate record."). We therefore abate the case and order the trial court to execute

a certification of appellant's right to appeal. *See* Tex. R. App. P. 34.5(c)(2), 37.1, 44.4; *Cortez v. State*, 420 S.W.3d 803, 806–07 (Tex. Crim. App. 2013).

An appeal must be dismissed if a certification showing that the defendant has the right of appeal has not been made part of the record. Tex. R. App. P. 25.2(d); *Dears*, 154 S.W.3d at 613. In connection with this record, pursuant to Tex. R. App. P. 37.1 and 44.4, we abate this appeal and direct the trial court to file a certification of the defendant's right of appeal with the trial court clerk and direct the clerk to prepare and file a supplemental clerk's record containing the corrected certification with this court within 30 days of the date of this order.

PER CURIAM